1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  RAYMUNDO SALGADO-VEGA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,    )  No. CR-S-08-563 JAM
11                               )
                  Plaintiff,     )
12                               )  STIPULATION AND ORDER
          v.                     )  CONTINUING STATUS CONFERENCE
13                               )
    RAYMUNDO SALGADO-VEGA,       )
14                               )  Date:  February 10, 2009
                  Defendant.     )  Time:  1:30 p.m.
15                               )  Judge: John A. Mendez
    _____ )
16

17       It is hereby stipulated between the parties, Daniel McConkie,

18  Assistant United States Attorney, attorney for Plaintiff, and Mary M.

19  French, attorney for defendant, RAYMUNDO SALGADO-VEGA, that the Status

20  Conference hearing date of January 13, 2009, be vacated and a new

21  Status Conference hearing date of February 10, 2009, at 1:30 p.m. be

22  set.

23       This continuance is requested because defense counsel has just

24  received a plea offer and defendant needs additional time to consider

25  the offer.

26  ///

27  ///

28  ///

It is further stipulated that the period from January 13, 2009, through and including February 10, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 12, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
RAYMUNDO SALGADO-VEGA

Dated: January 12, 2009

LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Mary M. French for
      Daniel McConkie*
_____
DANIEL McCONKIE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: January 12, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

Stip & Order                                    2