```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RAYMUNDO SALGADO-VEGA

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,      )  No. CR-S-08-563 JAM
11                                 )
                 Plaintiff,        )
12                                 )  STIPULATION AND ORDER
         v.                        )  CONTINUING STATUS CONFERENCE
13                                 )
    RAYMUNDO SALGADO-VEGA,         )
14                                 )  Date:  March 3, 2009
                 Defendant.        )  Time:  9:30 a.m.
15                                 )  Judge: John A. Mendez
    _____)
16
```

17    It is hereby stipulated between the parties, Daniel McConkie,

18 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

19 French, attorney for defendant, RAYMUNDO SALGADO-VEGA, that the Status

20 Conference hearing date of February 10, 2009, be vacated and a new

21 Status Conference hearing date of March 3, 2009, at 9:30 a.m. be set.

22    This continuance is requested because the defendant needs

23 additional time to consider the plea offer.

24    It is further stipulated that the period from February 10, 2009,

25 through and including March 3, 2009, should be excluded pursuant to

26 ///

27 ///

28 ///

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated: February 9, 2009

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    */s/ Mary M. French*
                                    _____
                                    MARY M. FRENCH
                                    Supervising Assistant Federal
                                    Defender
                                    Attorney for Defendant
                                    RAYMUNDO SALGADO-VEGA


Dated: February 9, 2009             LAWRENCE G. BROWN
                                    Acting United States Attorney

                                    */s/  Mary M. French for
                                          Daniel McConkie*
                                    _____
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney



                                  **ORDER**

**IT IS SO ORDERED.**

Dated: February 9, 2009


                                    /s/ John A. Mendez_____
                                    JOHN A. MENDEZ
                                    United States District Judge

Stip & Order                        2