```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   RAYMUNDO SALGADO-VEGA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-563 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| RAYMUNDO SALGADO-VEGA, | |
| Defendant. | Date: April 14, 2009<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |

It is hereby stipulated between the parties, Michael Dwight Anderson, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, RAYMUNDO SALGADO-VEGA, that the Status Conference hearing date of March 31, 2009, be vacated and a new Status Conference hearing date of April 14, 2009, at 9:30 a.m. be set.

This continuance is requested because defense counsel has just received defendant's prior criminal records and needs time to review them with defendant.

It is further stipulated that the period from March 31, 2009, through and including April 14, 2009, should be excluded pursuant to

///

///

1 | 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2 | counsel and defense preparation.
3 | Dated: March 31, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant Federal
Defender
Attorney for Defendant
RAYMUNDO SALGADO-VEGA

Dated: March 31, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/  Mary M. French for
     Michael Dwight Anderson
_____
MICHAEL DWIGHT ANDERSON
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: March 31, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge