```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RAYMUNDO SALGADO-VEGA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAYMUNDO SALGADO-VEGA,<br><br>        Defendant. | No. CR-S-08-563 JAM<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:   May 5, 2009<br>Time:   9:30 a.m.<br>Judge:  John A. Mendez |

It is hereby stipulated between the parties, Michael Dwight Anderson, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, RAYMUNDO SALGADO-VEGA, that the Status Conference hearing date of April 14, 2009, be vacated and a new Status Conference hearing date of May 5, 2009, at 9:30 a.m. be set.

This continuance is requested because defense counsel needs additional time to review defendant's criminal records with him.

It is further stipulated that the period from April 14, 2009, through and including May 5, 2009, should be excluded pursuant to

///

///

///

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 9, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Mary M. French*
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        RAYMUNDO SALGADO-VEGA

Dated: April 9, 2009                 LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        */s/ Mary M. French for*
                                            *Michael Dwight Anderson*
                                        _____
                                        MICHAEL DWIGHT ANDERSON
                                        Assistant U.S. Attorney

## **O R D E R**

**IT IS SO ORDERED.**

Dated: April 9, 2009

                                  /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  United States District Judge