1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  RAYMUNDO SALGADO-VEGA

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,       )  No. CR-S-08-563 JAM
11                                 )
                  Plaintiff,       )
12                                 )  STIPULATION AND ORDER
        v.                         )  CONTINUING STATUS CONFERENCE
13                                 )
   RAYMUNDO SALGADO-VEGA,          )
14                                 )  Date:  May 26, 2009
                  Defendant.       )  Time:  9:30 a.m.
15                                 )  Judge: John A. Mendez
   _____  )
16

17      It is hereby stipulated between the parties, Michael Dwight

18 Anderson, Assistant United States Attorney, attorney for Plaintiff, and

19 Mary M. French, attorney for defendant, RAYMUNDO SALGADO-VEGA, that the

20 Status Conference hearing date of May 5, 2009, be vacated and a new

21 Status Conference hearing date of May 26, 2009, at 9:30 a.m. be set.

22      This continuance is requested because defense counsel is waiting

23 to receive additional out of state criminal records on this case, and

24 will need time to review them with the defendant as well.

25      It is further stipulated that the period from May 5, 2009,

26 through and including May 26, 2009, should be excluded pursuant to

27 ///

28 ///

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 5, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
RAYMUNDO SALGADO-VEGA

Dated: May 5, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Mary M. French for
    Michael Dwight Anderson
_____
MICHAEL DWIGHT ANDERSON
Assistant U.S. Attorney

## **O R D E R**

**IT IS SO ORDERED.**

Dated: May 5, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge