DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAYMUNDO SALGADO-VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAYMUNDO SALGADO-VEGA,<br><br>        Defendant. | No. CR-S-08-563 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: June 9, 2009<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |

It is hereby stipulated between the parties, Michael Dwight Anderson, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, RAYMUNDO SALGADO-VEGA, that the Status Conference hearing date of May 26, 2009, be vacated and a new Status Conference hearing date of June 9, 2009, at 9:30 a.m. be set.

This continuance is requested because defense counsel has received the documents that were ordered regarding the defendant's criminal history, but counsel needs mor time to meet with the defendant because he has been moved to Butte County.

It is further stipulated that the period from the date of this order through and including June 9, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity

of counsel and defense preparation.

Dated: May 22, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
RAYMUNDO SALGADO-VEGA

Dated: May 22, 2009

LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Mary M. French for
    Michael Dwight Anderson*
_____
MICHAEL DWIGHT ANDERSON
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 22, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge