DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAYMUNDO SALGADO-VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-S-08-563 JAM |
| Plaintiff,  ) | |
| )  v.  ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| RAYMUNDO SALGADO-VEGA,  ) | |
| )  Defendant.  ) | Date:    June 23, 2009 Time:    9:30 a.m. Judge:   John A. Mendez |
| _____  ) | |

It is hereby stipulated between the parties, Michael Dwight Anderson, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, RAYMUNDO SALGADO-VEGA, that the Status Conference hearing date of June 9, 2009, be vacated and a new Status Conference hearing date of June 23, 2009, at 9:30 a.m. be set.

This continuance is requested because negotiations between the parties is still ongoing, and the government is revising the plea offer.

It is further stipulated that the period from June 9, 2009, through and including June 23, 2009, should be excluded pursuant to

///

///

18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: June 8, 2009

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

                */s/ Mary M. French*
                _____
                MARY M. FRENCH
                Supervising Assistant Federal Defender
                Attorney for Defendant
                RAYMUNDO SALGADO-VEGA

Dated: June 8, 2009       LAWRENCE G. BROWN
                Acting United States Attorney

                */s/  Mary M. French for*
                  *Michael Dwight Anderson*
                _____
                MICHAEL DWIGHT ANDERSON
                Assistant U.S. Attorney

              **O R D E R**

**IT IS SO ORDERED.**

Dated: June 8, 2009

                /s/ John A. Mendez
                JOHN A. MENDEZ
                United States District Judge