DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RAYMUNDO SALGADO-VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br> RAYMUNDO SALGADO-VEGA,      )<br>                             )<br>            Defendant.       )<br>_____) | Cr.S. 08-563-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 28, 2009<br>TIME: 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

   It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, RAYMUNDO SALGADO-VEGA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, July 28, 2009 be continued to Tuesday, August 18, 2009 at 9:30 a.m..

   The reason for this continuance is that this case was very recently reassigned to undersigned counsel following the departure of AFD Mary French.  The undersigned has reviewed the file and traveled to the Butte County Jail to meet with Mr. Salgado-Vega.  From this, it has become readily apparent that additional time will be necessary to

analyze discovery, obtain records, and continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 18, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 22, 2009           Respectfully submitted,
                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               RAYMUNDO SALGADO-VEGA


DATED: July 22, 2009           LAWRENCE G. BROWN
                               Acting United States Attorney

                               /s/ Benjamin Galloway for
                               MICHAEL ANDERSON
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 18, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: July 22, 2009.          /s/ John A. Mendez
                               JOHN A MENDEZ
                               United States District Judge