DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RAYMUNDO SALGADO-VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-563-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: August 18, 2009 |
| RAYMUNDO SALGADO-VEGA, ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. John A. Mendez |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, RAYMUNDO SALGADO-VEGA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, August 18, 2009 be continued to Tuesday, September 8, 2009 at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 8, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 14, 2009        Respectfully submitted,
                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              RAYMUNDO SALGADO-VEGA

DATED: August 14, 2009        LAWRENCE G. BROWN
                              United States Attorney

                              /s/ Benjamin Galloway for
                              MICHAEL ANDERSON
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 8, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: August 14, 2009.         /s/ John A. Mendez
                                JOHN A MENDEZ
                                United States District Judge